MAYER, BROWN, ROWE & MAW LLP
EDWARD D. JOHNSON (SBN 189475)
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306
Telephone: (650) 331-2000
Facsimile: (650) 331-4537
wjohnson@mayerbrownrowe.com

MAYER, BROWN, ROWE & MAW LLP
RICHARD J. FAVRETTO
1909 K. Street, N.W.
Washington, D.C. 20006
Telephone: (202) 263-3000
Facsimile: (202) 263-3300
rfavretto@mayerbrownrowe.com

Attorneys for Defendants
UNITED AIR LINES, INC. and
UAL CORPORATION

Additional Counsel Appear on Signature Page

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| McINTYRE GROUP, LTD., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMR CORPORATION, AMERICAN AIRLINES, INC., BRITISH AIRWAYS PLC, UAL CORPORATION, UNITED AIRLINES, INC., and VIRGIN ATLANTIC AIRWAYS LIMITED,<br><br>Defendants. | CASE NO. CV 06-04056-EDL<br><br>**STIPULATION PURSUANT TO LOCAL RULE 6-1 TO EXTEND TIME TO RESPOND TO COMPLAINT** |

Pursuant to Local Rule 6-1(a), Plaintiff McIntyre Group, Ltd. and

Defendants AMR Corporation, American Airlines, Inc., British Airways Plc, UAL

Corporation, United Air Lines, Inc., and Virgin Atlantic Airways Limited

-1-

respectfully request that this Court enter an order extending the time in which Defendants must answer or otherwise respond to this matter until the later of (1) the date when the Defendant would otherwise be required to file a response pursuant to Federal Rule of Civil Procedure 12, or (2) 45 days after the JPML rules on a motion pending in *In re International Air Transportation Surcharge Antitrust Litigation* (MDL No. 1793) and a consolidated complaint is filed by all Plaintiffs in the single transferee Court and served on the Defendant. Plaintiff McIntyre Group has consented to the requested extension. In support of this stipulation, the parties state:

1. The Complaint in this matter was filed on June 29, 2006. It seeks relief under the Sherman Act and the Clayton Act against three defendants on behalf of a putative class.

2. Nearly 50 similar actions have been filed in various jurisdictions around the country.

3. There is a motion pending before the Judicial Panel on Multidistrict Litigation ("JPML") to consolidate and transfer actions like this one to a single venue. The JPML is considering this motion to consolidate in a matter captioned *In re Passenger Air Transportation Surcharge Antitrust Litigation,* MDL No. 1793.

4. The parties have agreed that this stipulation does not constitute a waiver of any defenses, including but not limited to, the defenses of lack of personal jurisdiction, lack of subject matter jurisdiction, or improper venue. The Defendants expressly reserve their right to raise all defenses in response to either the current complaint or any consolidated amended complaint that may subsequently be filed relating to this action.

WHEREFORE, the parties request that this Court order that the time in which Defendants must answer or otherwise respond to this matter is the later of

(1) the date when the Defendant would otherwise be required to file a response pursuant to Federal Rule of Civil Procedure 12, or (2) 45 days after the JPML rules on a motion pending in *In re Passenger Air Transportation Surcharge Antitrust Litigation* (MDL No. 1793), and a consolidated complaint is filed by Plaintiffs in the single transferee Court and served on the Defendant.

Respectfully submitted,

Dated: July 20, 2006          THE FURTH FIRM, LLP

/s/
Michael P. Lehmann (SBN 77152)
Jon T. King (SBN 20507)
225 Bush Street, 15th Floor
San Francisco, CA 94104-4249
T: (415) 433-2070
F: (415) 982-2076

*Attorneys for Plaintiff McIntyre Group, Ltd.*

Dated: July 20, 2006          MAYER, BROWN, ROWE & MAW LLP

/s/
Edward D. Johnson (SBN 189475)
MAYER, BROWN, ROWE & MAW LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306
T: (650) 331-2000
F: (650) 331-4537

Richard J. Favretto
Andrew A. Nicely
John Roberti
MAYER, BROWN, ROWE & MAW LLP
1909 K Street, NW
Washington, DC 20006

*Attorneys for Defendants United Air Lines, Inc. and UAL Corporation*

| | |
|---|---|
| Dated: July 20, 2006 | SULLIVAN & CROMWELL LLP |

/s/
Brendan P. Cullen (SBN 194057)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
T: (650) 461-5600
F: (650) 461-5700

Daryl A. Libow
SULLIVAN & CROMWELL LLP
1701 Pennsylvania Avenue, NW
Washington, DC 20006
T: (202) 956-7500
F: (202) 293-6330

*Attorneys for Defendant British Airways Plc*

| | |
|---|---|
| Dated: July 20, 2006 | SIMPSON THACHER & BARTLETT LLP |

/s/
Charles E. Koob (SBN 047399)
HARRISON J. FRAHN (SBN 206822)
SIMPSON THACHER & BARTLETT LLP
2550 Hanover Street
Palo Alto, California 94304
T: (650) 251-5000
F: (650) 251-5002

*Attorneys for Defendant Virgin Atlantic Airways Limited*

-4-
STIPULATION PURSUANT TO LOCAL RULE 6-1
TO EXTEND TIME TO RESPOND TO COMPLAINT CV 06-04056-EDL

| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | WEIL, GOTSHAL & MANGES LLP |
| 4 | Dated: July 20, 2006 | |
| 5 | | |
| 6 | | /s/ |
| 7 | | Gayle E. Rosenstein (SBN 237975)<br>WEIL, GOTSHAL & MANGES LLP |
| 8 | | Silicon Valley Office<br>201 Redwood Shores Parkway |
| 9 | | Redwood Shores, California 94065<br>T: (650) 802-3000 |
| 10 | | F: (650) 802-3100 |
| 11 | | *Attorneys for Defendants AMR Corporation and American Airlines, Inc.* |

PURSUANT TO STIPULATION,
IT IS SO ORDERED:

Date: July 20, 2006

_____
Honorable Elizabeth D. Laporte

[Seal: UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Elizabeth D. Laporte]

-5-
STIPULATION PURSUANT TO LOCAL RULE 6-1
TO EXTEND TIME TO RESPOND TO COMPLAINT CV 06-04056-EDL

# PROOF OF SERVICE

I am employed in Santa Clara County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Two Palo Alto Square, Suite 300, Palo Alto, California 94306-2112.

On July 20, 2006, I served the foregoing document(s) described as **U.S.**

**STIPULATION PURSUANT TO LOCAL RULE 6-1 TO EXTEND TIME TO RESPOND TO COMPLAINT**

on each interested party, as follows:

- ☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

- ☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Palo Alto, California addressed as set forth below.

- ☐ by placing the document(s) listed above in a sealed facsimile & U.S. Mail envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a facsimile & U.S. Mail agent for delivery.

- ☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

| | |
|---|---|
| Michael P. Lehmann (SBN 77152)<br>Jon T. King (SBN 20507)<br>THE FURTH FIRM, LLP<br>225 Bush Street, 15th Floor<br>San Francisco, CA 94104-4249 | Brendan P. Cullen (SBN 194057)<br>SULLIVAN & CROMWELL LLP<br>1870 Embarcadero Road<br>Palo Alto, California 94303 |
| Charles E. Koob (SBN 047399)<br>HARRISON J. FRAHN (SBN 206822)<br>SIMPSON THACHER &<br>BARTLETT LLP<br>2550 Hanover Street<br>Palo Alto, California 94304 | Daryl A. Libow<br>SULLIVAN & CROMWELL LLP<br>1701 Pennsylvania Avenue, NW<br>Washington, DC 20006 |

Gayle E. Rosenstein
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, California 94065

    I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

    Executed on July 20, 2006, at Palo Alto, California.

                          /s/
                            Shana M. Ryan